NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3249

JAMES E. SWINK, JR.,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in CH752S090328-I-1.

ON MOTION

Before GAJARSA, Circuit Judge.

## O R D E R

James E. Swink, Jr. moves without opposition to modify the court order directing him to pay the court's docketing fee in its entity at one time, or alternatively for an extension of time to pay the court's docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to modify the court order is denied.

(2)     The motion for an extension of time is granted. Payment of the entire docketing fee is due within 60 days from the date of this order. No further extensions should be anticipated.

SEP 1 8 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   James E. Swink, Jr.
      Michael D. Austin, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 8 2009

JAN HORBALY
CLERK

2009-3249                              2